CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

March 27, 2018

Honorable Gracie Lewis
Presiding Judge
Criminal District Court No. 3
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-40
Dallas, TX 75207

RE:     Court of Appeals Number:     05-18-00001-CR
        Trial Court Case Number:     F-1770392-J
        Style:  Adrian Uribe v. The State of Texas

Dear Judge Lewis:

        After reviewing the clerk's record, the Court notes that it does not contain the trial court's certification of appellant's right to appeal as required by the rules of appellate procedure and the Texas Court of Criminal Appeals.  *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).  Therefore, please file, within **TEN DAYS** of the date of the letter, a completed certification that accurately reflects the trial court proceedings.  We appreciate your attention to this matter.

                        Respectfully,

                        /s/ Lisa Matz, Clerk of the Court

LM/cg
cc:    Christina O'Neil
       Sr. Staff  Attorney Criminal District Courts
       133 N. Riverfront Blvd. LB 7
       Dallas, TX 75207